# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Douglas Daniel Clark<br><br>PLAINTIFF(S),<br>v.<br><br>Jeanne Woodford<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 92-06567 RMT<br><br>**NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER** |

To:    All Counsel Appearing of Record

The Judge/Magistrate Judge to whom the above-entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above-entitled case has been returned to the Clerk for random reassignment.

Accordingly, this case has been randomly reassigned to:
xx  Hon. __Percy Anderson__, U.S. District Judge for all further proceedings.
☐  Hon. _____, Magistrate Judge for:
   ☐ any discovery and/or post-judgment matters that may be referred.
   ☐ for all proceedings in accordance with General Order 05-07.

Please substitute the initials of the newly assigned Judge/Magistrate Judge so that the new case number will read:   __CV 92-06567 PA__  . This is very important because documents are routed by the initials.

Clerk U.S. District Court

Date:  August 7, 2009            By:  Vangelina Pina,
                                      Deputy Clerk

Traditionally filed subsequent documents must be filed at the   xx Western   ☐ Southern   ☐ Eastern Division.

Failure to file at the proper location will result in your documents being returned to you.