SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 92-6567 PA | Date | October 7, 2009 |
|---|---|---|---|
| Title | Douglas Daniel Clark v. Arthur Calderon | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

This matter has been transferred to this Court. It appears that the matter is ready either for further briefing on Petitioner's mental status or for entry of a stipulation requesting the placement of the case into abeyance under Rohan ex rel Gates v. Woodford, 334 F.3d 803 (9th Cir. 2003).

Accordingly, the Court directs the parties to meet and confer and file a joint status report. The report is to be filed by the parties no later than October 20, 2009.[1]

IT IS SO ORDERED.

---

[1] The Court has been advised that counsel for petitioner submitted an email to the Deputy Clerk regarding the status of this case. The Clerk is ordered to return the email to counsel and to delete it. Counsel is cautioned that such communications are in violation of Local Rule 83-2.11. Any future violations of this rule will result in the imposition of sanctions.