P-SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 92-6567 PA | Date | August 8, 2011 |
|---|---|---|---|
| Title | Douglas Daniel Clark v. Jeanne Woodford, Warden | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        **IN CHAMBERS**

The Court has reviewed the parties Joint Status Report. In response to issues raised in the Joint Report, the Court re-opens discovery on the issue of Petitioner's competency. On or before October 3, 2011, the parties are to file and serve the declarations of any percipient witness whose testimony they wish to have considered concerning Petitioner's competency. Either party has until December 28, 2011 to take the deposition of any of the declarants as well as the follow-up depositions of the expert psychiatrists and psychologists previously retained and deposed by the parties. Depositions of the expert witnesses need not await the filing and serving of the percipient witness declarations or their depositions. The court orders counsel to meet and confer to determine a mutually agreeable schedule for the depositions.

Following the completion of discovery, if the parties are unable to agree on Petitioner's competency, on or before January 30, 2012, Petitioner is file a written submission, not to exceed twenty-five pages, whether Petitioner is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of these proceedings or assist his counsel. Respondent may file his response, not to exceed twenty-five pages, on or before February 20, 2012. Petitioner's reply, if any, shall be filed by February 27, 2012. The written submissions shall include appropriate citations to the record. Thereafter, the court will determine if an evidentiary hearing is necessary, and if so, the scope of the hearing.

       IT IS SO ORDERED.

       :       
Initials of Preparer