UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS DANIEL CLARK,<br><br>Petitioner,<br><br>v.<br><br>RON DAVIS,* Warden, California State Prison at San Quentin,<br><br>Respondent. | CASE NO. CV 92-6567 PA<br><br>**DEATH PENALTY CASE**<br><br>ORDER DIRECTING THE PARTIES TO BRIEF THE APPLICABILITY OF AEDPA TO THE PETITION |

Presently before the Court is Petitioner's Motion to Stay Proceedings ("Motion"). (Docket No. 298.) The Court finds that a determination regarding whether the Antiterrorism and Effective Death Penalty Act of 1996 (hereinafter "AEDPA"), Pub.L. No. 104-132, 110 Stat. 1214 (1996); 28 U.S.C. §2254, applies to the petition will assist the Court in ruling on Petitioner's Motion. Thus, the Court directs the parties to brief this issue as follows:

1. Within 21 days of the date of this order, Petitioner shall file a brief of no more than 25 pages discussing, with citation to authority, the impact of *Woodford v. Garceau,* 538 U.S. 202 (2003) on his argument that the AEDPA does not apply to his case. Petitioner need not restate any facts already disclosed to the

---

* Ron Davis is substituted for his predecessors as Acting Warden of the California State Prison at San Quentin, pursuant to Federal Rule of Civil Procedure 25(d).

Court in his Motion to Amend the Traverse. Petitioner shall not address any other issues in his brief. Absent extraordinary circumstances, the Court does not anticipate extending the time limit for filing the brief or extending the page limit.

2. Within 21 days after Petitioner has filed his brief, Respondent shall file a responsive brief of no more than 25 pages discussing his position on the applicability of AEDPA to the petition. Respondent shall specifically address the holding in *Garceau* and its impact on the instant case. Respondent shall not address any other issues in his brief. As noted above, absent extraordinary circumstances, the Court does not anticipate extending the time limit for filing the brief or extending the page limit.

DATED: July 28, 2015

                                                    Percy Anderson
                                   UNITED STATES DISTRICT JUDGE