JACK G. CAIRL (State Bar No. 105335)
LAW OFFICES OF JACK G. CAIRL, APC
30 W. Valley Blvd., Ste. 202
Alhambra, California 91801
(626) 872-0461 Telephone
(626) 872-0338 Facsimile
Cairl@ikplaw.com

MICHAEL S. MAGNUSON (State Bar No. 066680)
LAW OFFICES OF MICHAEL S. MAGNUSON
13215 Penn Street, Suite 205
Whittier, California 90602
(562) 464-1140 Telephone
(562) 464-1144 Facsimile
Mike@magnusonlaw.com

Attorneys for Petitioner
DOUGLAS DANIEL CLARK

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS DANIEL CLARK, | ) **CAPITAL CASE** |
| | ) |
| Petitioner, | ) **Case No.: CV 92-6567 PA** |
| | ) |
| v. | ) **NOTICE OF LODGING** |
| | ) |
| RON DAVIS, Warden of San Quentin State Prison, | ) |
| | ) |
| Respondent. | ) |

1

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that petitioner hereby lodges, as Exhibit 1 hereto, a corrected copy of the signature page of the *Declaration of Michael S. Magnuson in Support of Brief re Applicability of AEDPA* originally filed 08/12/15 as Document No. 395-1. The previously submitted declaration inadvertently omitted the date.

Respectfully submitted,

Dated: August 12, 2015

_____/s/_____
JACK G. CAIRL
Attorney for Petitioner
DOUGLAS DANIEL CLARK

_____/s/_____
MICHAEL S. MAGNUSON
Attorney for Petitioner
DOUGLAS DANIEL CLARK

**EXHIBIT 1**

entitled matter. This declaration is submitted in support of Petitioner's Brief Re Applicability of AEDPA to Mr. Clark's habeas petition.

2. Attached hereto as Exhibit 1 is a true and correct copy of Mr. Clark's pro se document entitled "Writ Of Habeas Corpus, From A State Capital Trial And Appellate Process" filed November 3, 1992.

3. Attached hereto as Exhibit 2 is a true and correct copy of Respondent's Notice Of Motion And Motion To Dismiss Petition For Writ Of Habeas Corpus filed November 19, 1992 and directed to Mr. Clark's pro se Petition attached as Exhibit 1.

4. Attached hereto as Exhibit 3 is a true and correct copy of this court's Order Staying The Action commenced by Mr. Clark's 1992 pro se Writ dated December 8, 1992.

5. Attached as Exhibit 4 is a true and correct copy of a Minute Order dated December 23, 1992, taking off calendar Respondent's motion to dismiss Mr. Clark's 1992 writ of habeas corpus.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 12, 2015 at Whittier, California.

/s/
_____
MICHAEL S. MAGNUSON, Declarant