# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 92-6567 PA | Date | October 27, 2015 |
|---|---|---|---|
| Title | Douglas Daniel Clark v. Kevin Chappell | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Stephen Montes Kerr | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   ORDER REJECTING *PRO SE* DOCUMENTS SUBMITTED BY PETITIONER

Despite being represented by counsel, Petitioner has submitted *pro* se the following documents comprising 35 pages: (1) a letter; (2) an "Addendum Augmentation to the Brief filed by Counsel about the Inapplicability of AEDPA;" and (3) an "Addendum and Augmentation to Counsel's Brief filed 8-12-15" with exhibits.

The Court has admonished Petitioner on several occasions that because he is represented by counsel, all communications to the Court shall be presented through his attorneys of record. *See* Docket Nos. 287, 292; *see also* Local Rule 83-2.3.1("explaining that "[w]henever a party has appeared by an attorney, the party may not thereafter appear or act *pro se*, except upon order made by the Court after notice to such attorney and to any other parties who have appeared in the action.") Therefore, the documents submitted by Petitioner shall not be filed, but instead shall be rejected and returned to Petitioner.

Petitioner is hereby ordered to cease sending any further documents to the Court, except through his counsel. *See Reberger v. Nevada,* No. 3:13-CV-00071-MMD, 2013 WL 2096499, at *2 (D. Nev. May 14, 2013) (warning that "the Court will not entertain *pro se* filings from petitioner when he is represented by appointed counsel. Following the appointment of counsel, petitioner may pursue this matter and communicate with the Court only through filings by counsel.") Any further submissions shall be rejected by the Clerk and stricken from the file.

Counsel for Petitioner are hereby directed to maintain regular communication with Petitioner.

IT IS SO ORDERED.

|   | : |   |
|---|---|---|
|   | Initials of Preparer | SMO |