JACK G. CAIRL (State Bar No. 105335)
LAW OFFICES OF JACK G. CAIRL, APC
30 W. Valley Blvd., Ste. 202
Alhambra, California 91801
(626) 872-0461 Telephone
(626) 872-0338 Facsimile
Cairl@ikplaw.com

MICHAEL S. MAGNUSON (State Bar No. 066680)
LAW OFFICES OF MICHAEL S. MAGNUSON
13215 Penn Street, Suite 205
Whittier, California 90602
(562) 464-1140 Telephone
(562) 464-1144 Facsimile
Mike@magnusonlaw.com

Attorneys for Petitioner
DOUGLAS DANIEL CLARK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS DANIEL CLARK, | ) **CAPITAL CASE** |
| | ) |
| Petitioner, | ) **Case No.: CV 92-6567 PA** |
| | ) |
| v. | ) **REQUEST FOR LEAVE TO FILE** |
| | ) **ADDITIONAL EXHIBIT IN** |
| RON DAVIS, Warden of San | ) **SUPPORT OF PETITIONER'S** |
| Quentin State Prison, | ) **BRIEF RE: APPLICABILITY OF** |
| | ) **AEDPA** |
| Respondent. | ) |

By order dated July 28, 2015 this Court directed the parties to brief the applicability of the AEDPA to Mr. Clark's habeas petition. Petitioner Douglas Daniel Clark ("Petitioner" or "Mr. Clark") filed his brief on August 12, 2015 (Docket Entry No. 395.) Respondent filed a responsive brief on September 2, 2015 (Docket Entry No. 398.) The matter of the applicability of the AEDPA to petitioner's case is, thus, pending before this court.

Subsequent to the filings by petitioner and respondent on the issue of AEDPA, petitioner Clark submitted to the Court a pro se document entitled "Addendum Augmentation to the Brief Filed by Counsel about the Inapplicability of AEDPA." Among other things, that document sought to bring to the Court's attention an early document filed by Mr. Clark April 1, 1996, entitled "Motion to Gain Hearing Upon Preliminary Issues Regarding Summary Judgment and Related Matters." (Docket Entry No. 107.) The pro se document submitted by Mr. Clark was rejected by the Court in an Order dated October 27, 2015 (Docket Entry No. 399.) In addition, petitioner was ordered to cease sending any further documents to the Court, except through his counsel, and the Court directed counsel for petitioner to maintain regular communication with petitioner.

As a result of subsequent communications between Mr. Clark and his counsel, and at Mr. Clark's request, counsel have agreed to seek leave to augment the exhibits filed in support of petitioner's brief re: applicability of AEDPA, to add as Exhibit 5 the aforementioned Motion to Gain Hearing Upon Preliminary Issues Regarding Summary Judgment and Related Matters, filed by Mr. Clark April 1, 1996, a true and correct copy of which is attached hereto.

Counsel for respondent advises that respondent objects to the addition of the proposed Exhibit 5 in support of petitioner's brief.

Dated: November 10, 2015

Respectfully submitted,

_____ /s/ _____
JACK G. CAIRL
Attorney for Petitioner
DOUGLAS DANIEL CLARK


_____ /s/ _____
MICHAEL S. MAGNUSON
Attorney for Petitioner
DOUGLAS DANIEL CLARK