# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 92-6567 PA | Date | November 19, 2015 |
| Title | Douglas Daniel Clark v. Kevin Chappell | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes Kerr | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** ORDER DIRECTING RESPONDENT TO LODGE RECORD OF STATE HABEAS PROCEEDINGS

Local Rule 83-17.7 requires Respondent to lodge the state court record "as soon as practicable, but in any event on or before thirty (30) days from the date of service of the petition." On August 13, 1997, Respondent lodged the following documents: category "A" covering the record of the trial proceedings, category "B" covering the record of appellate proceedings through Remittitur, category "C" covering the "record of extraneous motions and documents filed by petitioner *in propria persona* in the appellate proceedings," and category "D" covering the record of Petitioner's previous pro se federal habeas corpus proceeding (91-3608).

As a result of various delays, including several changes of counsel, Petitioner's state habeas petition was not filed until April 14, 2003. The petition was denied on the merits on November 25, 2003. Thus, at the time of Respondent's initial lodgment, the state habeas record was not available. Nevertheless, the state habeas record is an essential part of these proceedings and must be lodged with the Court.

Accordingly, Respondent is hereby ordered to lodge the record of state habeas proceedings, including all documents required by Local Rule 83-17.7(a)(iii), within 21 days of the date of this order.

IT IS SO ORDERED.

| | : | |
|---|---|---|
| | Initials of Preparer | SMO |