| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | GERALD A. ENGLER<br>Chief Assistant Attorney General |
| 3 | LANCE E. WINTERS<br>Senior Assistant Attorney General |
| 4 | JAMES WILLIAM BILDERBACK II<br>Supervising Deputy Attorney General |
| 5 | XIOMARA COSTELLO<br>Deputy Attorney General |
| 6 | State Bar No. 187691<br> 300 South Spring Street, Suite 1702 |
| 7 |  Los Angeles, CA  90013<br> Telephone:  (213) 897-2277 |
| 8 |  Fax:  (213) 897-6496<br> E-mail: DocketingLAAWT@doj.ca.gov |
| 9 | *Attorneys for Respondent* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS DANIEL CLARK,**<br><br>                        Petitioner,<br><br>     v.<br><br>**KEVIN CHAPPELL, Warden of California State Prison at San Quentin,**<br><br>                        Respondent. | Case No. CV 92-6567-PA<br><br>**DEATH PENALTY CASE**<br><br>**SECOND NOTICE OF LODGING**<br><br><br>The Honorable Percy Anderson<br>United States District Judge |

Pursuant to this Court's Order dated November 19, 2015, and Rule 83-17.7 of the Local Rules of the United States District Court for the Central District of California, Respondent hereby lodges with the Court the following documents in searchable electronic format:

   **E.   Habeas Corpus Proceedings in California Supreme Court No. S006140:**

   1.   Petition for Writ of Habeas Corpus filed June 21, 1988;

   2.   Order Denying Petition for Writ of Habeas Corpus filed March 2, 1989.

**F.   Habeas Corpus Proceedings in California Supreme Court No. S006166:**

1. Petition for Writ of Habeas Corpus filed June 22, 1988;[1]
2. Order Denying Petition for Writ of Habeas Corpus filed March 2, 1989.

**G.   Habeas Corpus Proceedings in California Supreme Court No. S009172:**

1. Petition for Writ of Habeas Corpus filed March 3, 1989;
2. Supplement to Petition filed March 3, 1989;[2]
3. Order Denying Petition for Writ of Habeas Corpus filed March 23, 1989.

**H.   Habeas Corpus Proceedings in California Supreme Court No. S019776:**

1. Petition for Writ of Habeas Corpus Filed March 1, 1991;
2. Order Withdrawing Petition pursuant to petitioner's request filed October 11, 1991.

**I.   Habeas Corpus Proceedings in California Supreme Court No. S115061:**

1. Petition for Writ of Habeas Corpus filed April 14, 2003;
2. Exhibits in Support of Petition for Writ of Habeas Corpus filed April 14, 2003;

---

[1] In addition to the state habeas petitions identified in the Court's Order dated December 3, 2015, Petitioner filed three prior *pro se* state habeas petitions, one of which he voluntarily withdrew. After a careful search of numerous boxes of records, Respondent has not located this petition (F-1), in case number S066166, and the Supplement to Petition in case number S009172 (G-2). Respondent is requesting those petitions from the California Supreme Court. Assuming those records are still available, Respondent will lodge them when they are received. Although those petitions are not currently available, Respondent has included them in this notice in order to maintain uniformity.

[2] For the reasons set forth in footnote 1, this supplement to petition is not being lodged at this time but will be lodged, assuming it is still available, when it is received from the California Supreme Court.

3. Respondent's Informal Response to Petition for Writ of Habeas Corpus filed July 29, 2003;

4. Reply to Informal Response filed October 30, 2003;

5. Page 48 of the Reply to Informal Response filed November 5, 2003;

6. Order Denying Petition for Writ of Habeas Corpus filed November 25, 2003;

7. California Supreme Court letter to Petitioner dated November 25, 2003, returning various documents filed by Petitioner *pro se*.

**J.  Habeas Corpus Proceedings in California Supreme Court No. S120556:**

1. Petition for Writ of Habeas Corpus filed November 19, 2003;

2. Letter from California Supreme Court to Petitioner dated November 19, 2003 (stating the "supplemental petition" was filed as a new petition).

3. Order Denying Petition for Writ of Habeas Corpus filed November 25, 2003.

Dated:  December 10, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
GERALD A. ENGLER
Chief Assistant Attorney General
LANCE E. WINTERS
Senior Assistant Attorney General
JAMES WILLIAM BILDERBACK II
Supervising Deputy Attorney General

/s/ Xiomara Costello

XIOMARA COSTELLO
Deputy Attorney General
*Attorneys for Respondent*

XC:mol
LA1994XW0004
61790779.doc