JACK G. CAIRL (State Bar No. 105335)
LAW OFFICES OF JACK G. CAIRL, APC
30 W. Valley Blvd., Ste. 202
Alhambra, California 91801
(626) 872-0461 Telephone
(626) 872-0338 Facsimile
Cairl@ikplaw.com

MICHAEL S. MAGNUSON (State Bar No. 066680)
LAW OFFICES OF MICHAEL S. MAGNUSON
13215 Penn Street, Suite 205
Whittier, California 90602
(562) 464-1140 Telephone
(562) 464-1144 Facsimile
Mike@magnusonlaw.com

Attorneys for Petitioner
DOUGLAS DANIEL CLARK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS DANIEL CLARK, | ) **CAPITAL CASE** |
| | ) |
| Petitioner, | ) **Case No.: CV 92-6567 PA** |
| | ) |
| v. | ) ~~(PROPOSED)~~ **ORDER THAT** |
| | ) **PETITIONER MAY INCLUDE AN** |
| RON DAVIS, Warden of San | ) **ADDITIONAL EXHIBIT IN** |
| Quentin State Prison, | ) **SUPPORT OF PETITIONER'S** |
| | ) **BRIEF RE: APPLICABILITY OF** |
| Respondent. | ) **AEDPA** |

1     This Court, having considered Petitioner's application to include an

2 additional exhibit in support of Petitioner's Brief Re: Applicability of AEDPA,

3     IT IS HEREBY ORDERED as follows:  Exhibit 5, the document filed by

4 Petitioner April 1, 1996, entitled "Motion to Gain Hearing Upon Summary

5 Judgment and Related Matters" (Docket Entry No. 107) is added to the exhibits in

6 support of Petitioner's Brief Re: Applicability of AEDPA.

7

8

9 Dated: January 12, 2016 _____

10                                   PERCY ANDERSON, Judge, United States

11                                   District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28