# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 92-6567 PA | Date | May 29, 2020 |
|---|---|---|---|
| Title | Douglas Daniel Clark v. Woodford | | |

Present: The Honorable  Percy Anderson

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**     IN CHAMBERS ORDER

Numerous pages are missing from the Court's electronic copy of the lodged documents in this matter including:

Clerks Transcript ("CT") pages 2705-15.

Reporter's Transcript ("RT) pages 197, 227, 323-25, 335-41, 427, 533-62, 857, 2017-18, 2147, 2413, 2942, 3591-93, 3990-3999, 4381-92, 4610, 4612, 4650, 4789, 4824, 5704, 5847, 5901, 6042, 6195, 6457, 6958, 7076-94, 7545, 7547, 7549, 8490-8500, 8835-8843, 9119-9121, 11016-11019, 11517, and 12378.

In addition, numerous pages are all or partially illegible, including:

RT pages 117-75, 236, 812-27, 853, 872-73, 878-91, 910, 917, 1592, 4319-27, 4337-44, 4352-62, 4369, 5360-61, 10240-48, 10256, 10265, 10308, and 10319.

(See Notice of Lodgment, filed August 21, 1997 [Docket Entry #196].)

The parties are ordered to lodge with the Court a copy of the missing/illegible pages within 30 days of the date of this minute order. The parties are strongly encouraged to review the lodged record and to lodge any portions thereof they conclude are missing or illegible.

**IT IS SO ORDERED**.

:

Initials of Preparer