FILED
CLERK, U.S. DISTRICT COURT
August 30, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CLARK,<br><br>            Petitioner,<br><br>v.<br><br>RON BROOMFIELD, Acting Warden, California State Prison at San Quentin,<br><br>            Respondent. | Case No.: CV 92-6567 SB<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

Pursuant to the Order Re: Amended Petition for Writ of Habeas Corpus denying habeas relief issued August 30, 2021, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice. The Order constitutes the final disposition of the Amended Petition for Writ of Habeas Corpus by this Court.

The Clerk is directed to enter judgment.

Date:   August 30, 2021



_____
STANLEY BLUMENFELD
UNITED STATES DISTRICT JUDGE

JUDGMENT - 1